# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SANTIAGO | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 12-CV-133T |
| v. | |
| DAVID UNGER | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is Denied; that the petition is Dismissed; that the Court Declines to issue a certificate of appealability and that leave to appeal as a poor person is Denied.

Date: January 23, 2013          MICHAEL J. ROEMER, CLERK


                                By: s/Suzanne Grunzweig
                                    Deputy Clerk